In the Matter of Russell Oaks, Inc., Respondent, v. Planning Board of the Incorporated Village of Russell Gardens et al., Appellants.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.

Al Moore, Appellant, v. Federal Cab Corp. et al., Respondents.—

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.